BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SAO L. HER, | CIVIL NO. 1:09-CV-945 GSA |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 60 days, up to and including April 14, 2010, to file his Responsive Brief. This request is being made because the attorney assigned to the case is on extended medical leave but is expected to return to the office in late February.

//

//

//

1 | The parties further stipulate that the Court's Scheduling Order shall be modified
2 | accordingly.

Respectfully submitted,

Dated: January 28, 2010 /s/ Steven G. Rosales
(As authorized via e-mail)
STEVEN G. ROSALES

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: January 29, 2010 /s/ Brenda M. Pullin
BRENDA M. PULLIN
on behalf of THEOPHOUS P. REAGANS
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **February 1, 2010** /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE